

# Fourth Court of Appeals
## San Antonio, Texas

January 30, 2015

No. 04-14-00856-CV

**IN RE** Ropal **ANDERSON**,
Gerald Busch and Hortencia Morales

Original Mandamus Proceeding[1]

**ORDER**

Sitting:        Karen Angelini, Justice
                   Marialyn Barnard, Justice
                   Patricia O. Alvarez, Justice

Relators filed this petition for writ of mandamus on December 10, 2014. The respondent and real party in interest each filed motions to dismiss this proceeding as moot based on the trial court's order signed after the mandamus petition was filed.

The motions to dismiss filed by respondent and real party in interest are GRANTED. This original mandamus proceeding is DISMISSED AS MOOT.

It is so **ORDERED** on January 30, 2015.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2014CI15046, styled *In re Matthew Hileman*, pending in the 288th Judicial District Court, Bexar County, Texas, the Honorable David A. Canales presiding.